8/5/2015                                    Mail - To whom it may concern:



# Office DEPOT
## OfficeMax

CPC Ods00620Cpc <ods00620cpc@officedepot.com>

## To whom it may concern:

**Ryan Lopez** <redzone70560@yahoo.com>                          Wed, Aug 5, 2015 at 3:49 PM
To: "ods00620cpc@officedepot.com" <ods00620cpc@officedepot.com>

To whom it may concern:

   I was injured in a oil field accident. The judge threw the suit against plains energy/ Freeport McMoran out of court under chapter 95 but, they should of been exempt from using chapter 95 because, the company man was aware of the dangers of the handrail gap and had the power to stop work and have it fixed and if press to prove he did the open and obvious should have applied to him as it was to me when the same judge released the rig company (ensign) also from the lawsuit even though there were other contributions to the accident other than the handrail as my supervisor and I stated in our accident report with me slipping into the gap from them mixing chemicals by the stairs and bad lighting. My lawyer didn't get me the files in time to get another attorney to appeal these two case so, I'm asking for a appeal or extension to get my appeal heard. I am praying there is some kind of law in the state of Texas as I did nothing wrong and lose my whole life on one judges ruling and feel I should have a chance to appeal to have my case be brought in front of a jury of my peers. Please let me know my options.
I done emailed the judge and tried everything and lawyers say my lawyer didn't give me any time to obtain a new lawyer. The rig company is ensign drilling. Cause No 2014-21405 don't know Freeport McMorans No.

Thank You,
Ryan Lopez
13648 Forest West Dr.
Conroe, TX. 77304
936-443-7189


Sent from my iPhone



```
          FILED IN
    14th COURT OF APPEALS
    HOUSTON TEXAS

      AUG 07 2015

    CHRISTOPHER A. PRINE
          CLERK
```

# MAILED
8/5/15



Ryan Lopez
13648 Forest west Dr.
77304

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

AUG 07 2015

CHRISTOPHER PRINE
CLERK

U.S. POSTAGE
PAID
CONROE, TX
77301
AUG 05 15
AMOUNT
$6.25
R2304M113569-02

77002

1000

UNITED STATES
POSTAL SERVICE

Fourteenth Court of Appeals
301 Fannin St. Room 245
Houston, TX. 77002

RETURN RECEIPT
REQUESTED
7700220620

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 2150 0003 1447 1149